AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Eastern | District of | California |

Terry Swoverland

Plaintiff(s),

v.

Glen Van Dyke, et al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:17-cv-01696-TLN-DB

Notice is hereby given that, subject to approval by the court, __Terry Swoverland__ (Party (s) Name) substitutes __Port J. Parker / Jeffrey S. Einsohn__ (Name of New Attorney), State Bar No. __179256 / 260150__ as counsel of record in place of __Port J. Parker__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Parker Law Group
- Address: 555 Capitol Mall, Suite 1240, Sacramento, CA 95814
- Telephone: (916) 996-0400   Facsimile: 
- E-Mail (Optional): port@parlawgroup.com

I consent to the above substitution.

Date: 1-27-2018

(Signature of Party (s))

I consent to being substituted.

Date: 2-6-18

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 2/7/18

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: MARCH 2, 2018

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]